

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2015

No. 04-15-00206-CV

**IN RE** Tamer F. **MORSI**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

On April 8, 2015, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on April 9, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011-CI-15236, styled *In the Interest of E.M., G.M. and L.M., Children*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Renee Yanta presiding.